# La Porte County E911 Center
## Calls For Service View Call Report
809 State St Laporte, IN 46350

Phone: (219) 326 - 6808 Fax: (219) 326 - 7899

| Call # | Dispatcher | Received | Call Time | Caller Name |
|---|---|---|---|---|
| 2019-00161301 | agale | O | 12/09/2019 17:03 Hrs | |
| **Phone #** | **Event Type** | **Priority** | **Close Time** | **Disposition** |
| | TRAFFIC STOP | High | 12/09/2019 17:36 Hrs | Incident processing has been completed |

## Location

| Incident Location | Latitude | Longitude | Common Place |
|---|---|---|---|
| POPLAR / THURMAN AV, MICHIGAN CITY, IN | 41.709051 | -86.88623 | 400-410 POPLAR / 700-727 THURMAN AV |

**Caller Location**

## Incident Notes

**Notes**
REMARKS/NARRATIVES:
12/09/2019 17:08:09 AGALE: k-9 alert

## Officers

| Primary | Radio # | Name | Dispatch | On Scene | Clear |
|---|---|---|---|---|---|
| Y | B8162 | Babcock, Matthew | 12/09/2019 17:03 Hrs | 12/09/2019 17:03 Hrs | 12/09/2019 17:35 Hrs |
| **Agency** | | | | | |
| Michigan City Police Department | | | | | |
| N | H7483DU | Henderson, Willie | 12/09/2019 17:07 Hrs | 12/09/2019 17:08 Hrs | 12/09/2019 17:36 Hrs |
| **Agency** | | | | | |
| Laporte County Drug Task Force | | | | | |
| N | 272 | Oberle, Michael | 12/09/2019 17:06 Hrs | 12/09/2019 17:06 Hrs | 12/09/2019 17:35 Hrs |
| **Agency** | | | | | |
| Michigan City Police Department | | | | | |

## Incidents

| Report # | Supp # | Agency | Reporting Officer(s) |
|---|---|---|---|
| MC191200143 | 0 | Michigan City Police Department | Babcock, Matthew |

## Vehicles

| VIN | Year | Make | Model | License |
|---|---|---|---|---|
| | | | | EM7259(Indiana) |