

USDC IN/ND case 3:20-cr-00006-JD-MGG document 17-7 filed 02/13/20 page 1 of 3

MC191200143 - Michigan City Police Department

# COMPLAINT & SUMMONS

**State of Indiana**
**County of: LAPORTE**
**Township of: MICHIGAN**

**UTT #: 000121107523**
**CAD #: 2019-00161301**
**Cause/Docket #:**

THE UNDERSIGNED HAVING PROBABLE CAUSE TO BELIEVE SAYS THAT:

| *Last Name* | *First Name* | *M.I.* | *Suffix* | *Violator* |
|---|---|---|---|---|
| **SEAY** | **RAPHEAL** | **J** | **N/A** | **DRIVER** |
| *Street Address* | | *City* | *State / Country* | *ZIP* |
| [redacted] | | **MICHIGAN CITY** | **IN / US** | **46360-3940** |
| *Race* / *Ethnicity* | *Gender* | *Height / Weight* | *Eye Color* | *Hair Color* |
| **BLACK** / **NON-HISPANIC** | **MALE** | [redacted] | [redacted] | [redacted] |
| *Dr. Lic. # / ID # / SSN #* | *Date of Birth* | *License Type* | *Expiration Date* | *Lic. State / Country* |
| **0901148264** | [redacted]**/1990** | **IDENTIFICATION CARD** | **05/23/2025** | **IN / US** |

DID UNLAWFULLY OPERATE:

| *Vehicle Color* | *Year / Make* | *Model* | *Lic. Year* | *Lic. # / Exp. Date* | *Placarded HAZMAT* |
|---|---|---|---|---|---|
| **BLUE** | **2015 / NISSAN** | **N/A** | **2020** | **EM7259** | **NO** |
| *Commercial Vehicle* | *Truck / Tractor* | *DOT #* | *Lic. State / Country* | *Lic. Type* | |
| **NO** | **N/A** | **N/A** | **IN / US** | **N/A** | |

DID COMMIT THE FOLLOWING OFFENSE(S):

*Upon (A public street or highway)* CIVIL COMPLAINT & SUMMONS
**THURMAN AVE / POPLAR ST MICHIGAN CITY, EB**

*Date* **12/09/2019** *Time* **07:14 PM CST**

| *Vehicle Speed* | *Prima Facie Speed* | *Actual Wgt.* | *Allowable Wgt.* | |
|---|---|---|---|---|
| **N/A** | **N/A** | **N/A** | **N/A** | |
| *Contrary to the form of the I.C. CODE* | | *Crash Involved?* | *Local Crash #* | *BAC* |
| **9-24-19-1 - DRIVING WHILE PERMIT OR LICENSE SUSPENDED OR REVOK** | | **NO** | **N/A** | **N/A** |

**I served Complaint and Summons and/or Information and Summons to the above named individual.**

I AFFIRM, UNDER PENALTY OF PERJURY AS SPECIFIED BY IC 35-44.1-2-1, THAT THE FOREGOING REPRESENTATIONS ARE TRUE.

| *Officer's Name* | *I.D. (Badge) No.* | *Div/District* | *Police Agency* |
|---|---|---|---|
| **M. BABCOCK** | **294** | **PATROL** | **MICHIGAN CITY POLICE DEPARTMENT** |

*Approved by (Prosecutor/Deputy Pros.)* ______________________ *Date:* ____________

If you enter a denial or decide not to answer, you must appear as follows or, if no date/time listed, contact this court to schedule appearance:

| *Court* | *Address* | *On* |
|---|---|---|
| **LAPORTE SUPERIOR COURT 1** | **300 WASHINGTON STREET, # 200**<br>**MICHIGAN CITY, IN 46360**<br>**(219) 874-5611** | **12/12/2019**<br>**01:00 PM** |

COURT ACTIONS AND OTHER ORDERS:

*Bail: $* ____________ *Rearrest Bond: $* ____________ *Date:* ____________
*1) Continuance To:* ____________ *Motions:* ____________ *Date:* ____________
*2) Continuance To:* ____________ *Motions:* ____________ *Date:* ____________

***Plea:*** ○ **Admit** ○ **Deny** ○ **Nolo Contendere** ***Finding (Judgment for):*** ○ **Plaintiff** ○ **Defendant** ***Failure To:*** ○ **Appear** ○ **Pay**

**The court thereby enters the following order:**

*Fine $:* ________ *Amount Susp.: $* ________ *Costs State: $* ________ *Costs City: $* ________ *Restitution: $* ________

**Number of Days:** *County Jail:* ________ *State Prison:* ________ *Women's Prison:* ________
*(days suspended):* ________ *(days suspended):* ________ *(days suspended):* ________

○ **Recommended License Suspended for:**

○ **Probationary License Authorized for One Year Probation:**

***Probationary Report*** *Days:* ______ *Months:* ______ *Years:* ______
*Weekly:* ______ *Monthly:* ______ *Quarterly:* ______
*Receipt #:* ________ *Date:* ________
*Clerk:* ________ *By:* ________ *Deputy Clerk:* ________

*Ordered To Attend:* ○ **Defensive Driving School** ○ **Alcohol Counter Measure School**

*Judge Signature & Certification:* ____________________ *Date:* ____________
*Attorney For Defendant:* ____________ *Phone:* ____________ *Witness:* ____________

9303-3 / Revised and approved by the Indiana Supreme Court Division of State Court Administration 05/2014
Report Run On Friday, December 13, 2019 By K. Shiparski
Exhibit G Page: 67 of 112
Page 1 of 3

# COMPLAINT & SUMMONS

State of Indiana
County of: LAPORTE
Township of: MICHIGAN

UTT #: 000121107523
CAD #: 2019-00161301
Cause/Docket #:

THE UNDERSIGNED HAVING PROBABLE CAUSE TO BELIEVE SAYS THAT:

| *Last Name* | *First Name* | *M.I.* | *Suffix* | *Violator* |
|---|---|---|---|---|
| **SEAY** | **RAPHEAL** | **J** | **N/A** | **DRIVER** |
| *Street Address* | | *City* | *State / Country* | *ZIP* |
| [redacted] | | **MICHIGAN CITY** | **IN / US** | **46360-3940** |
| *Race* / *Ethnicity* | *Gender* | *Height / Weight* | *Eye Color* | *Hair Color* |
| **BLACK** / **NON-HISPANIC** | **MALE** | [redacted] | [redacted] | [redacted] |
| *Dr. Lic. # / ID # / SSN #* | *Date of Birth* | *License Type* | *Expiration Date* | *Lic. State / Country* |
| **0901148264** | [redacted] **1990** | **IDENTIFICATION CARD** | **05/23/2025** | **IN / US** |

DID UNLAWFULLY OPERATE:

| *Vehicle Color* | *Year / Make* | *Model* | *Lic. Year* | *Lic. # / Exp. Date* | *Placarded HAZMAT* |
|---|---|---|---|---|---|
| **BLUE** | **2015 / NISSAN** | **N/A** | **2020** | **EM7259** | **NO** |
| *Commercial Vehicle* | *Truck / Tractor* | *DOT #* | *Lic. State / Country* | *Lic. Type* | |
| **NO** | **N/A** | **N/A** | **IN / US** | **N/A** | |

DID COMMIT THE FOLLOWING OFFENSE(S):

*Upon (A public street or highway)* CIVIL COMPLAINT & SUMMONS
**ELM ST / PEARL ST MICHIGAN CITY, EB**
*Date* **12/09/2019** *Time* **07:14 PM CST**

*Vehicle Speed* **N/A** *Prima Facie Speed* **N/A** *Actual Wgt.* **N/A** *Allowable Wgt.* **N/A**

*Contrary to the form of the I.C. CODE*
**9-21-8-32 - FAILURE TO STOP AT THROUGH HWY WHERE STOP SIGN IS E**
*Crash Involved?* **NO** *Local Crash #* **N/A** *BAC* **N/A**

**I served Complaint and Summons and/or Information and Summons to the above named individual.**

I AFFIRM, UNDER PENALTY OF PERJURY AS SPECIFIED BY IC 35-44.1-2-1, THAT THE FOREGOING REPRESENTATIONS ARE TRUE.

| *Officer's Name* | *I.D. (Badge) No.* | *Div/District* | *Police Agency* |
|---|---|---|---|
| **M. BABCOCK** | **294** | **PATROL** | **MICHIGAN CITY POLICE DEPARTMENT** |

*Approved by (Prosecutor/Deputy Pros.)* ______ *Date:* ______

If you enter a denial or decide not to answer, you must appear as follows or, if no date/time listed, contact this court to schedule appearance:

| *Court* | *Address* | *On* |
|---|---|---|
| **LAPORTE SUPERIOR COURT 1** | **300 WASHINGTON STREET, # 200**<br>**MICHIGAN CITY, IN 46360**<br>**(219) 874-5611** | **12/12/2019**<br>**01:00 PM** |

COURT ACTIONS AND OTHER ORDERS:

*Bail: $* ______ *Rearrest Bond: $* ______ *Date:* ______
*1) Continuance To:* ______ *Motions:* ______ *Date:* ______
*2) Continuance To:* ______ *Motions:* ______ *Date:* ______

***Plea:*** ○ **Admit** ○ **Deny** ○ **Nolo Contendere** ***Finding (Judgment for):*** ○ **Plaintiff** ○ **Defendant** ***Failure To:*** ○ **Appear** ○ **Pay**

**The court thereby enters the following order:**

*Fine $:* ______ *Amount Susp.: $* ______ *Costs State: $* ______ *Costs City: $* ______ *Restitution: $* ______

**Number of Days:** *County Jail:* ______ *State Prison:* ______ *Women's Prison:* ______
*(days suspended):* ______ *(days suspended):* ______ *(days suspended):* ______

○ **Recommended License Suspended for:**

○ **Probationary License Authorized for One Year Probation:**

***Probationary Report*** *Days:* ______ *Months:* ______ *Years:* ______
*Weekly:* ______ *Monthly:* ______ *Quarterly:* ______

*Receipt #:* ______ *Date:* ______
*Clerk:* ______ *By:* ______ *Deputy Clerk:* ______

*Ordered To Attend:* ○ **Defensive Driving School** ○ **Alcohol Counter Measure School**

*Judge Signature & Certification:* ______ *Date:* ______
*Attorney For Defendant:* ______ *Phone:* ______ *Witness:* ______

# COMPLAINT & SUMMONS

State of Indiana
County of: LAPORTE
Township of: MICHIGAN

UTT #: 000121107523
CAD #: 2019-00161301
Cause/Docket #:

THE UNDERSIGNED HAVING PROBABLE CAUSE TO BELIEVE SAYS THAT:

| Last Name | First Name | M.I. | Suffix | Violator |
|---|---|---|---|---|
| SEAY | RAPHEAL | J | N/A | DRIVER |

| Street Address | City | State / Country | ZIP |
|---|---|---|---|
| [redacted] | MICHIGAN CITY | IN / US | 46360-3940 |

| Race | Ethnicity | Gender | Height / Weight | Eye Color | Hair Color |
|---|---|---|---|---|---|
| BLACK | NON-HISPANIC | MALE | [redacted] | [redacted] | [redacted] |

| Dr. Lic. # / ID # / SSN # | Date of Birth | License Type | Expiration Date | Lic. State / Country |
|---|---|---|---|---|
| 0901148264 | [redacted] 1990 | IDENTIFICATION CARD | 05/23/2025 | IN / US |

DID UNLAWFULLY OPERATE:

| Vehicle Color | Year / Make | Model | Lic. Year | Lic. # / Exp. Date | Placarded HAZMAT |
|---|---|---|---|---|---|
| BLUE | 2015 / NISSAN | N/A | 2020 | EM7259 | NO |

| Commercial Vehicle | Truck / Tractor | DOT # | Lic. State / Country | Lic. Type |
|---|---|---|---|---|
| NO | N/A | N/A | IN / US | N/A |

DID COMMIT THE FOLLOWING OFFENSE(S):

| Upon (A public street or highway) | CIVIL COMPLAINT & SUMMONS | Date | Time |
|---|---|---|---|
| ELM ST / DUPAGE ST MICHIGAN CITY, EB | | 12/09/2019 | 07:14 PM CST |

| Vehicle Speed | Prima Facie Speed | Actual Wgt. | Allowable Wgt. |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| Contrary to the form of the I.C. CODE | Crash Involved? | Local Crash # | BAC |
|---|---|---|---|
| 9-21-8-32 - FAILURE TO STOP AT THROUGH HWY WHERE STOP SIGN IS E | NO | N/A | N/A |

**I served Complaint and Summons and/or Information and Summons to the above named individual.**

I AFFIRM, UNDER PENALTY OF PERJURY AS SPECIFIED BY IC 35-44.1-2-1, THAT THE FOREGOING REPRESENTATIONS ARE TRUE.

| Officer's Name | I.D. (Badge) No. | Div/District | Police Agency |
|---|---|---|---|
| M. BABCOCK | 294 | PATROL | MICHIGAN CITY POLICE DEPARTMENT |

Approved by (Prosecutor/Deputy Pros.) ______________________ Date: ____________

If you enter a denial or decide not to answer, you must appear as follows or, if no date/time listed, contact this court to schedule appearance:

| Court | Address | On |
|---|---|---|
| LAPORTE SUPERIOR COURT 1 | 300 WASHINGTON STREET, # 200<br>MICHIGAN CITY, IN 46360<br>(219) 874-5611 | 12/12/2019<br>01:00 PM |

COURT ACTIONS AND OTHER ORDERS:

Bail: $ __________ Rearrest Bond: $ __________ Date: __________

1) Continuance To: __________ Motions: __________ Date: __________

2) Continuance To: __________ Motions: __________ Date: __________

**Plea:** ○ **Admit** ○ **Deny** ○ **Nolo Contendere** **Finding (Judgment for):** ○ **Plaintiff** ○ **Defendant** **Failure To:** ○ **Appear** ○ **Pay**

**The court thereby enters the following order:**

Fine $: ______ Amount Susp.: $ ______ Costs State: $ ______ Costs City: $ ______ Restitution: $ ______

**Number of Days:** County Jail: ______ State Prison: ______ Women's Prison: ______

(days suspended): ______ (days suspended): ______ (days suspended): ______

○ **Recommended License Suspended for:**

○ **Probationary License Authorized for One Year Probation:**

**Probationary Report** Days: ______ Months: ______ Years: ______

Weekly: ______ Monthly: ______ Quarterly: ______

Receipt #: ______ Date: ______

Clerk: ______ By: ______ Deputy Clerk: ______

Ordered To Attend: ○ **Defensive Driving School** ○ **Alcohol Counter Measure School**

Judge Signature & Certification: ______________________ Date: ______________

Attorney For Defendant: ______________ Phone: ______________ Witness: ______________

9303-3 / Revised and approved by the Indiana Supreme Court Division of State Court Administration 05/2014